**DISMISS and Opinion Filed October 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00995-CV

**MATTHEW STEPHEN SANTORO, Appellant**
**V.**
**ZFN REALTY, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01961-2019**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

The clerk's record in this appeal has not been filed because appellant has failed to pay the clerk's fee. On September 18, 2019, we ordered appellant to file, no later than September 30, 2019, written verification he has paid or made arrangements to pay the fee or is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 35.3(a). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, appellant has not complied. *See id.* 37.3(b), 42.3(b),(c). Accordingly, we dismiss the appeal. *See id.* 37.3(b), 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190995F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MATTHEW STEPHEN SANTORO,
Appellant

No. 05-19-00995-CV          V.

ZFN REALTY, LLC, Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-01961-2019.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee ZFN Realty, LLC recover its costs, if any, of this appeal from appellant Matthew Stephen Santoro.

Judgment entered October 22, 2019.